"Duplicate Original"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x

WARREN TIMOTHY JOHNSON,

                      Plaintiff,

-against-

CAPTAIN PRITCHARD Shield 778, C/O JEAN, works magometor by dorm 10, 11 & 12 on 3x11 Shift; CAPTAIN JONES #694; C/O MAHONEY #17890; C/O MCPHERSON 4845 C/O THORNE #18081; C/O D. WILSON #14257; CAPTAIN WILSON #546; CAPTAIN AMEDEO #492; CAPT. LOGAN #918; CAPT. ADAMS # 512,

                      Defendants.

------------------------------------------------------------------ x

**ORDER**

08 Civ. 9587 (HB)(AJP)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-31-09

      Upon the application of defendants for leave to take the video deposition of plaintiff, Warren Timothy Johnson, an inmate, and the Court having granted leave for the taking of plaintiff's deposition pursuant to Rule 30(a)(2) of the Federal Rules of Civil Procedure,

      **IT IS HEREBY ORDERED:** (1) that the Superintendent or other official in charge of Sing Sing Correctional Facility produce inmate Warren Timothy Johnson, Inmate No. 09-A-0328, at a suitable location within Sing Sing Correctional Facility equipped with video conferencing capabilities, for the purpose of participating in a video deposition with defense counsel in the above-referenced matter on **January 25, 2009 at 10:00 a.m.**, and continuing from day to day thereafter, or upon such adjourned date as may be agreed upon, until concluded.

Dated: New York, New York
       December 30, 2009

_____
HONORABLE HAROLD BAER
UNITED STATES DISTRICT JUDGE